Name and address:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eric B. Fromer Chiropractic, Inc., a California corporation, individually and as the representative of a class of similarly-<br><br>Plaintiff(s)<br>v.<br>Avalon Surgery and Robotic Center, LLC and Medical Acquisition Company, Inc. d/b/a California Lien Providers,<br><br>Defendant(s). | CASE NUMBER<br><br>2:19-cv-01560<br><br>(~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Kelly, Ryan M.
*Applicant's Name (Last Name, First Name & Middle Initial)*

847-368-1500     847-368-1501
*Telephone Number*   *Fax Number*

rkelly@andersonwanca.com
*E-Mail Address*

of

ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Eric B. Fromer Chiropractic, Inc., a California corporation, individually and as the representative of a class of similarly-situated persons

*Name(s) of Party(ies) Represented*     [x] Plaintiff(s)  [ ] Defendant(s)  [ ] Other: _____

and designating as Local Counsel

Habashy, John R.
*Designee's Name (Last Name, First Name & Middle Initial)*

236708     213-233-5900     888-373-2107
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

john@lexiconlaw.com
*E-Mail Address*

of

LEXICON LAW, PC
633 W. Fifth St., 28th Floor
Los Angeles, California 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[x] GRANTED.
[ ] DENIED:  [ ] for failure to pay the required fee.
             [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
             [ ] for failure to complete Application: _____
                 [ ] pursuant to L.R. 83-2.1.3.2:  [ ] Applicant resides in California;  [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
                 [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel:  [ ] is not member of Bar of this Court;  [ ] does not maintain office in District.
                 [ ] because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: [ ] be refunded  [ ] not be refunded

Dated  March 10, 2019

_____
U.S. District Judge/U.S. Magistrate Judge

G–64 ORDER (5/16)     (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*     Page 1 of 1