JOHN R. HABASHY – SBN 236708
(john@lexiconlaw.com)
**LEXICON LAW GROUP**
633 W. Fifth St., 28th Floor
Los Angeles, CA  90071
Telephone: 213-233-5900
Fax:  888-373-2107

Local Counsel for Plaintiff and the Proposed Class

Ryan M. Kelly (pro hac vice admitted)
(rkelly@andersonwanca.com)
**ANDERSON + WANCA**
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: 847-368- 1500
Fax: 847-368-1501

Counsel for Plaintiff and the Proposed Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC B. FROMER CHIROPRACTIC, INC., a California corporation, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>AVALON SURGERY AND ROBOTIC CENTER, LLC and MEDICAL ACQUISITION COMPANY, INC. d/b/a CALIFORNIA LIEN PROVIDERS,<br><br>Defendants. | **Case No.: 2:19-cv-01560-PA-PLA**<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Judge:  Percy Anderson<br><br>Complaint Filed:  March 4, 2019 |

Plaintiff, Eric B. Fromer Chiropractic, Inc. ("Plaintiff"), and Defendants, Avalon Surgery and Robotic Center, LLC and Medical Acquisition Company, Inc. d/b/a California Lien Providers ("Defendants"), (collectively, the "Parties"), through their respective counsel of record, submit this Joint Notice of Settlement.  The Parties have reached an agreement in principle and are currently working on settlement papers.  The Parties anticipate that within 30 days they will file a Joint Stipulation of Dismissal.

Dated:  May 28, 2019

**ANDERSON + WANCA**
By:  /s/ Ryan M. Kelly
RYAN M. KELLY
*Attorneys for Plaintiff,* ERIC B. FROMER CHIROPRACTIC, INC.

**LEXICON LAW GROUP**
JOHN R. HABASHY
*Local Attorneys for Plaintiff,* ERIC B. FROMER CHIROPRACTIC, INC.

**CLARK HILL LLP**

By:  /s/ Teanna L. Buchner
TEANNA L. BUCHNER
*Attorneys for Defendant,* AVALON SURGERY AND ROBOTIC CENTER, LLC

**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC**

By:  /s/ Esteban Morales
ESTEBAN MORALES
*Attorneys for Defendant,* MEDICAL ACQUISITION COMPANY, INC.

JOINT NOTICE OF SETTLEMENT