1  JOHN R. HABASHY – SBN 236708
   (john@lexiconlaw.com)
2  **LEXICON LAW GROUP**
   633 W. Fifth St., 28th Floor
3  Los Angeles, CA  90071
   Telephone: 213-233-5900
4  Fax:  888-373-2107

5  Local Counsel for Plaintiff and the Proposed Class

6  Ryan M. Kelly (pro hac vice admitted)
   (rkelly@andersonwanca.com)
7  **ANDERSON + WANCA**
   3701 Algonquin Road, Suite 500
8  Rolling Meadows, IL 60008
   Telephone: 847-368- 1500
9  Fax: 847-368-1501

10 Counsel for Plaintiff and the Proposed Class

11 **UNITED STATES DISTRICT COURT**

12 **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC B. FROMER CHIROPRACTIC, INC., a California corporation, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>AVALON SURGERY AND ROBOTIC CENTER, LLC and MEDICAL ACQUISITION COMPANY, INC. d/b/a CALIFORNIA LIEN PROVIDERS,<br><br>Defendants. | **Case No.: 2:19-cv-01560-PA-PLA**<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>Judge:  Percy Anderson<br>Complaint Filed:  March 4, 2019<br>Trial Date:  None set |

JOINT STIPULATION OF DISMISSAL

1  Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, ERIC B. FROMER
2  CHIROPRACTIC, INC., and Defendants, AVALON SURGERY AND ROBOTIC
3  CENTER, LLC and MEDICAL ACQUISITION MEDICAL COMPANY, INC.
4  d/b/a CALIFORNIA LIEN PROVIDERS, through their undersigned attorneys,
5  hereby stipulate to the dismissal of this action with prejudice as to Defendants,
6  MEDICAL ACQUISITION COMPANY, INC. and AVALON SURGERY AND
7  ROBOTIC CENTER, LLC, the class allegations without prejudice, each party to
8  bear its own fees and costs.  Defendants further stipulate to the dismissal of all
9  cross-claims with prejudice, each party to bear its own fees and costs.

DATED:  June 7, 2019

**ANDERSON + WANCA**

By:  /s/ Ryan M. Kelly
  RYAN M. KELLY
*Attorneys for Plaintiff,* ERIC B. FROMER
CHIROPRACTIC, INC.

**LEXICON LAW GROUP**
JOHN R. HABASHY
*Local Attorneys for Plaintiff,* ERIC B.
FROMER CHIROPRACTIC, INC.

| | |
|---|---|
| 1 | **CLARK HILL LLP** |
| 2 | By: /s/ Teanna L. Buchner |
|   | TEANNA L. BUCHNER |
| 3 | *Attorneys for Defendant,* AVALON |
| 4 | SURGERY AND ROBITIC CENTER, LLC |
| 5 | **MINTZ LEVIN COHN FERRIS** |
| 6 | **GLOVSKY AND POPEO PC** |
|   | By: /s/ Esteban Morales |
| 7 | JOSHUA BRIONES |
| 8 | ESTEBAN MORALES |
|   | MATTHEW J. NOVIAN |
| 9 | *Attorneys for Defendant,* MEDICAL ACQUISITION COMPANY, INC |

-3-

JOINT STIPULATON OF DISMISSAL